# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KENNETH RAY PITTS,**
**ADC #85938**                                                                            **PLAINTIFF**

**V.**                          **CASE NO. 5:17-CV-00201 KGB/BD**

**J. GOOLY, et al.**                                                                    **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Mr. Pitts may file written objections to this Recommendation. Objections must be specific and must include the factual or legal basis for the objection.

To be considered, objections must be received by the Court Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. Failure to file objections may result in a waiver of the right to appeal questions of fact.

**II.    Discussion:**

On August 2, 2017, Plaintiff Kenneth Ray Pitts, an Arkansas Department of Correction ("ADC") inmate, filed this action pro se under 42 U.S.C. § 1983. (Docket entry #2) Mr. Pitts also moved to proceed *in forma pauperis* ("IFP"). (#1) Because of his litigation history, however, Mr. Pitts was not eligible for IFP status in federal court absent

allegations of imminent danger of serious physical injury.[1] Here, Mr. Pitts did not plead facts indicating that he was in imminent danger of serious physical injury, and his motion to proceed IFP was denied. (#3)

The Court ordered Mr. Pitts to pay the $400 filing fee within thirty days of August 8, 2017, to proceed with this lawsuit. (#3) Mr. Pitts was specifically cautioned that his failure to pay the filing fee could result in dismissal of his claims, without prejudice. To date, Mr. Pitts has not paid the filing fee, as required by the August 9, 2017 Order, and the time for doing so has passed.

**III.    Conclusion:**

The Court recommends that this case be DISMISSED, without prejudice, based on Mr. Pitts's failure to comply with the August 9, 2017 Order requiring him to pay the filing fee within thirty days.

IT IS SO ORDERED, this 12th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Pitts for purposes of determining eligibility for IFP status: *Pitts v. Moore*, et al., E.D. Ark. Case No. 4:06-cv-01305-JLH; *Pitts v. Johnson*, E.D. Ark. Case No. 5:99cv00071- JMM; *Pitts v. Brownlee,* et al., E.D. Ark. Case No. 5:99cv00179-HW.