# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KENNETH RAY PITTS**  **PLAINTIFF**
**ADC #85938**

**v.**  Case No. 5:17-cv-00201 KGB/BD

**J. GOOLY,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 9). The time for filing objections to the Recommended Disposition has passed, and plaintiff Kenneth Ray Pitts has filed no objections. The Court has reviewed the Recommended Disposition and adopts the Recommended Disposition in its entirety as the Court's findings in all respects. The Court dismisses without prejudice Mr. Pitts's complaint for failure to comply with the Court's August 9, 2017, Order requiring him to pay the filing fee within 30 days.

Dated this 12th day of October, 2017.

_____
Kristine G. Baker
United States District Judge