IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH RAY PITTS**  **PLAINTIFF**
**ADC #85938**

**v.**  Case No. 5:17-cv-00201 KGB/BD

**J. GOOLY**, *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

Dated this 12th day of October, 2017.

_____
Kristine G. Baker
United States District Judge